JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIDS INDOOR PLAYGROUND, INC. dba WE PLAY, <br><br> Plaintiff, <br><br> v. <br><br> NORTHFIELD INSURANCE COMPANY, <br><br> Defendant. | Case No. CV 22-2918 FMO (RAOx) <br><br> **JUDGMENT** |

IT IS ADJUDGED THAT the above-captioned action is dismissed with prejudice.

Dated this 28th day of December, 2022.

/s/
Fernando M. Olguin
United States District Judge